UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Janice Keen

                     Plaintiff,

v.                                         Case No.: 1:14–cv–09626
                                                 Honorable Ruben Castillo

Teva Pharmaceuticals USA, Inc., et al.

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 3, 2017:

      MINUTE entry before the Honorable Ruben Castillo:This Court has decided to consolidate all of the proceedings under case number 16 C 9964. This lawsuit and the claims asserted herein are hereby dismissed without prejudice to the reassertion of these claims in the amended complaint to be filed in related lawsuit 16 C 9964. Defendant's motion for summary judgment [81] is denied without prejudice to its renewal in lawsuit 16 C 9964 pursuant to the schedule set by this Court on 3/1/2017. Plaintiff's amended complaint should be filed under case number 16 C 9964 by 3/15/2017. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.